KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail: kginapp@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308

Attorney(s) for Desert Flour, L.L.C.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, | CASE NO.:  2:17-cv-01173-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| DESERT FLOUR, L.L.C., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kevin

Zimmerman, by and through his counsel of record, The Wilcher Firm, and Defendant Desert

Flour, LLC, by and through its counsel of record, Holley Driggs Walch Fine Wray Puzey &

///

///

///

///

///

///

///

///

///

///

- 1 -

HOLLEY·DRIGGS·WALCH
FINE·WRAY·PUZEY·THOMPSON

HDW

HOLLEY·DRIGGS·WALCH
FINE·WRAY·PUZEY·THOMPSON

HDW

1    Thompson, that Plaintiff's Complaint shall be dismissed with prejudice, and each party to bear

2    their own costs and attorney's fees.

3    DATED this 12th day of May, 2017                    DATED this 12th day of May, 2017

4

5    /s/ Whitney C. Wilcher                              /s/ Kristol Bradley Ginapp

6    Whitney C. Wilcher, Esq                             Kristol Bradley Ginapp, Esq.
     THE WILCHER FIRM                                    HOLLEY DRIGGS WALCH FINE WRAY
7    8465 West Sahara Ave., Suite 111-236                PUZEY & THOMPSON
     Las Vegas, Nevada 89117                             400 South Fourth Street, 3rd Floor
8    Attorneys for Plaintiff                             Las Vegas, Nevada 89101
                                                         Attorneys for Defendant
9

10

11

12           **IT IS SO ORDERED:**

13

14                                       By _____

15                                          UNITED STATES DISTRICT JUDGE

16                                          DATED this _____16_____ day of May 2017.

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, and that on this 12th day of May 2017, I did cause a true and correct copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Whitney C. Wilcher, Esq
The Wilcher Firm
8465 West Sahara Ave., Suite 111-236
Las Vegas, Nevada 89117
P:  702-466-1959
E:  wcw@nevadaada.com

By:  /s/ Kileen Watase

An Employee of HOLLEY DRIGGS
WALCH FINE WRAY PUZEY &
THOMPSON